UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR    5:22-cr-50157 |
| Plaintiff, | <u>REDACTED INDICTMENT</u> |
| vs. | Possession of Ammunition by a Prohibited Person (18 U.S.C. §§ 922(g)(1) and 924(a)(2)) |
| TRAVIS MAHO, | |
| Defendant. | Possession with Intent to Distribute a Controlled Substance (21 U.S.C.  §§ 841(a)(1) and 841(b)(1)(C)) |
| | Forfeiture |

---

The Grand Jury charges:

COUNT I

On or about June 23, 2022, at Rapid City, in the District of South Dakota, the defendant, Travis Maho, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and then knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess Ammunition, to wit, rounds of 7.62x54r Russian caliber ammunition, rounds of .32 Harrington & Richardson Magnum caliber ammunition, and rounds of Winchester brand, .45 AUTO caliber ammunition, which had been previously shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

COUNT II

On or about June 23, 2022, in the District of South Dakota, the defendant, Travis Maho, did knowingly and intentionally possess with the intent to

distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

FORFEITURE ALLEGATION

1.    The allegations contained in the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.    Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) the defendant, Travis Maho, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to:

    a)  16 rounds of 7.62x54r Russian caliber ammunition;

    b)  2 rounds of .32 Harrington & Richardson magnum caliber ammunition; and

    c)  5 rounds of Winchester brand, .45 AUTO caliber ammunition;

all pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

**Name Redacted**

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By _____